ing. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924.

Maurice Alschuler, for appellant. Heffron & McCracken, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Victor Manufacturing and Casket Company, appellant, v. Michael Rosenberg and Moe Rosenberg, trading as Rosenberg Iron & Metal Company, appellee. Gen. No. 27,964.**

Suit for balance due for scrap copper, sold and delivered, amount claimed being $1,853.64. Judgment for plaintiff for $268.08, amount admittedly owed by defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Culver, Andrews & King, for appellant. Max M. Korshak, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**B. L. Saltzmann, appellee, v. F. J. Lewis Manufacturing Company, appellant. Gen. No. 27,990.**

Suit to recover sum paid for lumber sold and delivered by defendant, quality and quantity not being as represented, and for damages following, amounting in all to $5,000. Judgment for plaintiff for $1,798.59. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed December 26, 1923.

George F. Barrett and Charles V. Barrett, for appellant. Soelke & Johnson, for appellee; Alex Koehn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Chester H. Wright, appellee, v. Jewell Belting Company, appellant. Gen. No. 28,024.**

Assumpsit for salary, commission and expenses for selling oil and belting. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 14, 1924.

Bangs & Frankhauser, for appellant; Martin W. Watrous, of counsel. William C. McHenry, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**The Bond & Mortgage Company, appellant, v. John A. Crawford, appellee. Gen. No. 27,855.**

Premises held by complainant under trust deed securing loan, and providing trustee might take possession on default and manage property until such default made good. Default of defendant and refusal to permit complainant to collect rents, etc. Receiver appointed and temporary injunction granted against defendant. Defendant demurs to complaint and demurrer sustained, receiver discharged and injunction dissolved. Appeal from the Circuit Court of

Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Oliver B. Opsahl, for appellant; George W. Stockwell, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Albert T. Peterson, appellee, v. Max Wolinetz et al., on appeal of Max Wolinetz, appellant. Gen. No. 27,955.**

Complaint alleging partnership of complainant and defendant, purchase under partnership agreement of land and flat building thereon for resale, and refusal of defendant to carry out said partnership agreement. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Delbert A. Clithero, for appellant; Guy Van Schaick, of counsel. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**George North, appellant, v. E. A. Schneider, appellee. Gen. No. 28,007.**

Suit for an accounting against former treasurer of fraternal organization. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Daniel S. Wentworth and David B. Maloney, for appellant. T. Fred Laramie, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Dealers Security Corporation, trustee, for use of Dealers Security Corporation and the S. & E. Powdered Sugar Company (plaintiff), appellant, v. Michigan Automobile Insurance Company (defendant), appellee. Gen. No. 28,018.**

Action by mortgagee for value of car stolen while covered by defendant company's theft insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. J. R. Pritchard, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Fisher, Boyden, Kales & Bell, for appellant; J. F. Dammann, Jr., and Preston Boyden, of counsel. Thomas C. Hollywood and Le-Forgee, Schroeder & Tate, for appellee; Murphy O. Tate, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Mae Brown, appellee, v. Germania Safe Deposit & Trust Company, appellant. Gen. No. 28,027.**

Action against safe deposit company for failure to keep plaintiff's money and valuables safely, and for loss thereof. Judgment for plaintiff for $4,000. Appeal from the Superior Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in